```
Court Name: Southern District of Indiana
Division: 1
Receipt Number: IP000655
Cashier ID: tanderso
Transaction Date: 03/27/2007
Payer Name: John D. Hensley
------------------------------------------
CIVIL FILING FEE
 For: John D. Hensley
 Case/Party: D-INS-1-07-CV-000399-001
 Amount:         $350.00
------------------------------------------
CHECK
 Check/Money Order Num: 3085
 Amt Tendered: $350.00
------------------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00
```

John D. Hensley

426 E. New York St.

Indianapolis, IN  46202


Civil Filing Fee

1:07-cv-399-RLY-WTL


"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged. A $45.00 fee
will be charged for a returned
check."