AO 440 (Rev. 10/93) Summons in a Civil Act

# UNITED STATES DISTRICT COURT

Southern          District of          Indiana

DOROTHY OAKLEY and
DYER OAKLEY
Plaintiffs,

V.

Merck & Co., Inc.
Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**1: 07**-cv-0399-RLY-WTL

TO: (Name and address of Defendant)

Merck & Co., Inc.
Attn: CT Corporation System, Registered Agent
251 E Ohio St, Ste 1100
Indianapolis, IN 46204

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Timothy F. Devereux
John D. Hensley
HENSLEY LEGAL GROUP
426 E New York Street
Indianapolis, IN 46202

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court, 46 East Ohio Street, Room 105, Indianapolis, Indiana 46204, within a reasonable period of time after service.

CLERK

*[signature]*

(By) DEPUTY CLERK

DATE

**MAR 2 7 2007**

AO 440 (Rev. 10/93) Summons in a Civil n

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
             Date                       *Signature of Server*

                                        _____
                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.