AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | INDIANA |

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
07 MAR 27 PM 2: 42
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS

DOROTHY OAKLEY and
DYER OAKLEY,

Plaintiffs,

v.

MERCK & CO., INC.

**APPEARANCE**

Case Number:

**1: 07-cv-0399-RLY-WTL**

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for     Dorothy Oakley and Dyer Oakley, Plaintiffs

I certify that I am admitted to practice in this court.

| 3/26/07 | [signature] |
| --- | --- |
| Date | Signature |

John D. Hensley         20600-49
Print Name              Bar Number

426 East New York Street
Address

| Indianapolis, | IN | 46202 |
| --- | --- | --- |
| City | State | Zip Code |

| 317-472-3333 | 317-472-3340 |
| --- | --- |
| Phone Number | Fax Number |