AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern DISTRICT OF INDIANA

FILED
U.S. DISTRICT COURT
INDIANAPOLIS
07 MAR 27 PM 2: 42
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

DOROTHY OAKLEY and
DYER OAKLEY,

Plaintiffs

v.

MERCK & CO., INC.

APPEARANCE

Case Number: 1:07-cv-0399-RLY-WTL

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   Dorothy Oakley and Dyer Oakley, Plaintiffs

I certify that I am admitted to practice in this court.

3/22/07
Date

Signature

TIMOTHY F. DEVEREUX        25250-49
Print Name                 Bar Number

426 East New York Street
Address

Indianapolis,    IN       46202
City           State      Zip Code

317-472-3333              317-472-3340
Phone Number              Fax Number