AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 4/2/07 |
| NAME OF SERVER (PRINT) Ryan Kreicker | TITLE Field Investigator |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Tricia Cherry CT Corporation 251 E. Ohio Street, Suite 1100

☐ ...se or usual place of abode with a person of suitable age and ...plaint were left: _____

**CT CORPORATION**
251 East Ohio Street, Suite 1100
Indianapolis, IN 46204
Tel. 317 396 9747
Fax 317 396 9749
tricia.cherry@wkglobal.com
www.ctadvantage.com

A WoltersKluwer Company

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/2/07
             Date                    Signature of Server

426 E. New York, Indianapolis, IN 46202
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.