AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | INDIANA |

FILED
07 APR -2 PM 3:00

AMENDED **APPEARANCE**

Case Number: 1:07-cv-0399-RYL-WTL

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for          Dorothy Oakley, Plaintiff

I certify that I am admitted to practice in this court.

| 3-28-07 | |
|---|---|
| Date | Signature |
| | John D. Hensley          20600-49 |
| | Print Name          Bar Number |

426 East New York Street
Address

| Indianapolis, | IN | 46202 |
|---|---|---|
| City | State | Zip Code |

| 317-472-3333 | 317-472-3340 |
|---|---|
| Phone Number | Fax Number |