AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern _____ DISTRICT OF _____ INDIANA

FILED<br>U.S. DIS...<br>07 APR -2 PM 3:00<br>LAURA ...<br>CL... BRIGGS

AMENDED    APPEARANCE

Case Number: 1:07-cv-0399-RLY-WTL

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for        Dorothy Oakley, Plaintiff

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 3-28-07 | /s/ Timothy F. Devereux |
| Date | Signature |
| | Timothy F. Devereux                25250-49 |
| | Print Name                         Bar Number |
| | 426 East New York Street |
| | Address |
| | Indianapolis,        IN         46202 |
| | City                 State      Zip Code |
| | 317-472-3333         317-472-3340 |
| | Phone Number         Fax Number |