IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| DOROTHY OAKLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 1:07-cv-0399-RLY-WTL |
| | ) | |
| MERCK & CO., INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**APPEARANCE**

To the Clerk of this court and all parties of record:

    I, the below-signed, certify that I am admitted to practice in this court. Enter my appearance as counsel on behalf of the Defendant, Merck & Co., Inc.

        Respectfully submitted,

        PLEWS SHADLEY RACHER & BRAUN LLP

        By: s/ Brett E. Nelson
            Attorneys for Merck & Co., Inc.

Brett E. Nelson, Atty. #22096-53
PLEWS SHADLEY RACHER & BRAUN LLP
1346 N. Delaware St.
Indianapolis, Indiana 46202-2415
Telephone (317) 637-0700
Email: bnelson@psrb.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 23rd, 2007 a copy of the foregoing was electronically served upon the following via the CM/ECF system:

>Timothy F. Devereux
>John D. Hensley
>Hensley Legal Group, P.C.
>426 East New York St.
>Indianapolis, IN 46202

s/ Brett E. Nelson