IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DOROTHY OAKLEY, | ) |
|       Plaintiff, | ) ) ) |
| v. | )   CAUSE NO. 1:07-cv-0399-RLY-WTL |
| MERCK & CO., INC., | ) ) ) |
|       Defendant. | ) ) |

## **APPEARANCE**

To the Clerk of this court and all parties of record:

    I, the below-signed, certify that I am admitted to practice in this court.  Enter my appearance as counsel on behalf of the Defendant, Merck & Co., Inc.

    Respectfully submitted,

    PLEWS SHADLEY RACHER & BRAUN LLP

    By: s/ George M. Plews
        Attorneys for Merck & Co., Inc.

George M. Plews, Atty. #6274-49
PLEWS SHADLEY RACHER & BRAUN LLP
1346 North Delaware Street
Indianapolis, Indiana 46202-2415
Tel: (317) 637-0700
E-mail: gplews@psrb.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 23rd, 2007 a copy of the foregoing was electronically served upon the following via the CM/ECF system:

>Timothy F. Devereux
>John D. Hensley
>Hensley Legal Group, P.C.
>426 East New York St.
>Indianapolis, IN 46202

>s/ George M. Plews