IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DOROTHY OAKLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. 1:07-cv-0399-RLY-WTL |
| ) | |
| MERCK & CO., INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**APPEARANCE**

To the Clerk of this court and all parties of record:

I, the below-signed, certify that I am admitted to practice in this court. Enter my appearance as counsel on behalf of the Defendant, Merck & Co., Inc.

Respectfully submitted,

PLEWS SHADLEY RACHER & BRAUN LLP

By: s/ David L. Pippen
Attorneys for Merck & Co., Inc.

David L. Pippen, Atty. #18430-49
PLEWS SHADLEY RACHER & BRAUN LLP
1346 N. Delaware St.
Indianapolis, Indiana 46202-2415
Telephone (317) 637-0700
Email: dpippen@psrb.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 23rd, 2007 a copy of the foregoing was electronically served upon the following via the CM/ECF system:

>Timothy F. Devereux
>John D. Hensley
>Hensley Legal Group, P.C.
>426 East New York St.
>Indianapolis, IN 46202

>s/ David L. Pippen