IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DOROTHY OAKLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. 1:07-cv-0399-RLY-WTL |
| ) | |
| MERCK & CO., INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **APPEARANCE**

To the Clerk of this court and all parties of record:

    I, the below-signed, certify that I am admitted to practice in this court. Enter my appearance as counsel on behalf of the Defendant, Merck & Co., Inc.

        Respectfully submitted,

        PLEWS SHADLEY RACHER & BRAUN LLP

        By: s/ Thao T. Nguyen
            Attorneys for Merck & Co., Inc.

Thao T. Nguyen, Atty. #25030-71
PLEWS SHADLEY RACHER & BRAUN LLP
53732 Generations Drive
South Bend, Indiana 46635
Tel: (574) 273-1010
E-mail: tnguyen@psrb.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 23rd, 2007 a copy of the foregoing was electronically served upon the following via the CM/ECF system:

> Timothy F. Devereux
> John D. Hensley
> Hensley Legal Group, P.C.
> 426 East New York St.
> Indianapolis, IN 46202

s/ Thao T. Nguyen