IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DOROTHY OAKLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. 1:07-cv-0399-RLY-WTL |
| ) | |
| MERCK & CO., INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.2, Defendant Merck & Co., Inc. hereby advises the Court that it has no parent corporation and is not aware of any beneficial owner of more than ten percent of its common stock.

Respectfully submitted,

PLEWS SHADLEY RACHER & BRAUN LLP

s/ Thao T. Nguyen
Attorneys for Defendant Merck & Co., Inc.

George M. Plews, Atty. #6274-49
Brett E. Nelson, Atty. #22096-53
David L. Pippen, Atty. #18430-49
PLEWS SHADLEY RACHER & BRAUN LLP
1346 North Delaware Street
Indianapolis, Indiana 46202-2415
Tel: (317) 637-0700
E-mail: gplews@psrb.com
E-mail: bnelson@psrb.com
E-mail: dpippen@psrb.com

Thao T. Nguyen, Atty. #25030-71
PLEWS SHADLEY RACHER & BRAUN LLP
53732 Generations Drive
South Bend, Indiana 46635
E-mail: tnguyen@psrb.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 23rd, 2007 a copy of the foregoing was electronically served upon the following via the CM/ECF system:

>Timothy F. Devereux
>John D. Hensley
>Hensley Legal Group, P.C.
>426 East New York St.
>Indianapolis, IN 46202

>s/ Thao T. Nguyen